**Electronically Filed
Supreme Court
SCWC-19-0000667
23-MAY-2024
02:11 PM
Dkt. 9 ODAC**

SCWC-19-0000667

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

FASONE PROPERTIES LLC,
Respondent/Plaintiff-Appellee,

vs.

MARIAN Y. URATA as Trustee of the Marian Y. Urata Trust,
Dated June 4, 1992, and as Successor Trustee
of the Walter M. Urata Trust, Dated June 4, 1992,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000667; CASE NO. 1CC161001624)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari filed

on April 15, 2024, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 23, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

